MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CYNTHIA M. FREY  (CABN 150571)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: cynthia.frey@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-71227 TJB |
|    Plaintiff, | ) | |
| | ) | STIPULATION AND [~~PROPOSED~~] |
| v. | ) | ORDER EXCLUDING TIME FROM |
| | ) | NOVEMBER 4, 2011 TO NOVEMBER 29, |
| ISAAC GRAY, and | ) | 2011 UNDER RULE 5.1 AND FROM |
| DEJA LAMBERT, | ) | CALCULATIONS UNDER THE SPEEDY |
| | ) | TRIAL ACT |
|    Defendants. | ) | |
| | ) | |

     The defendants, Isaac Gray, represented by Mark Goldrosen, and Deja Lambert, represented by Geoffrey Hansen, Chief Assistant Federal Public Defender, and the government, represented by Cynthia Frey, Assistant United States Attorney, appeared before the Honorable Joseph C. Spero on November 4, 2011 for detention hearings.  The parties asked that the matter be continued to November 29, 2011 for a preliminary hearing or indictment.  The defendants agreed to exclude time under the Federal Rule of Criminal Procedure 5.1 to hold a preliminary hearing, and under 18 U.S.C. § 3161, the Speedy Trial Act.  The Court ordered the matter be continued to November 29, 2011 for a preliminary hearing or indictment.

STIPULATION AND [~~PROPOSED~~] ORDER
CR 11-71227 TJB

1   The defendants agreed that good cause exists for excluding time under Rule 5.1 for a
2 preliminary hearing between November 4, 2011 and November 29, 2011.  The defendants also
3 agreed that an exclusion of time is appropriate under the Speedy Trial Act between November 4,
4 2011 and November 29, 2011 for purposes of continuity of counsel and effective preparation of
5 counsel, in order to provide defense counsel with adequate time to review the discovery, conduct
6 an investigation, and consult with the defendants.  In addition, the defendants agree to exclude
7 for this period of time any time limits applicable under 18 U.S.C. § 3161.  The parties represent
8 that granting the continuance, in order to provide defense counsel with adequate time to review
9 the discovery, conduct additional investigation, and consult with the defendants, is necessary for
10 effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §
11 3161(h)(7)(B)(iv).  The parties also agree that the ends of justice served by granting such a
12 continuance outweigh the best interests of the public and the defendant in a speedy trial.  18
13 U.S.C. § 3161(h)(7)(A).

15 SO STIPULATED:

17                                                                     MELINDA HAAG
                                                                              United States Attorney
18

19 DATED: November 14, 2011                        /S/
                                                                              CYNTHIA M. FREY
20                                                                     Assistant United States Attorney

22 DATED: November 14, 2011                        /S/
                                                                              MARK GOLDROSEN
23                                                                     Attorney for ISAAC GRAY

25 DATED: November 14, 2011                        /S/
                                                                              GEOFFREY HANSEN
26                                                                     Attorney for DEJA LAMBERT

STIPULATION AND [PROPOSED] ORDER
CR 11-71227 TJB                                              -2-

1    Based upon the representation of counsel and for good cause shown, the Court also finds
2 that good cause exists, taking into account the public interest in the prompt disposition of
3 criminal cases, for excluding time under Rule 5.1 for a preliminary hearing between November 4,
4 2011 and November 29, 2011.  The Court finds that failing to exclude the time between
5 November 4, 2011 and November 29, 2011 would unreasonably deny the defendants and counsel
6 the reasonable time necessary for effective preparation, taking into account the exercise of due
7 diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served
8 by excluding the time between November 4, 2011 and November 29, 2011 from computation
9 under the Speedy Trial Act outweigh the best interests of the public and the defendants in a
10 speedy trial.
11    Therefore, IT IS HEREBY ORDERED that time is appropriately excluded under Rule
12 5.1 between November 4, 2011 and November 29, 2011 within which to hold a preliminary
13 hearing and the time between November 4, 2011 and November 29, 2011 shall be excluded from
14 computation under the Speedy Trial Act.  18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

17 DATED: _11/15/11_____



HONORABLE JOSEPH C. SPERO
United States Magistrate Judge

STIPULATION AND [~~PROPOSED~~] ORDER
CR 11-71227 TJB                                              -3-