IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ISAAC GRAY,

    Defendant.
                             /

No. CR 11-00865 JSW

**ORDER TO SHOW CAUSE**

On November 3, 2014, the parties submitted a stipulation to reduce the Defendant's sentence, pursuant to Amendment 752 to the United States Sentencing Guidelines, which has been made retroactive pursuant to Amendment 788. The parties agree that Defendant is eligible for the reduction, and they have agreed that the Court should reduce Defendant's custodial term from 57 months to 47 months, an eleven month reduction. (Docket No. 41, Stipulation, ¶ 8.)

According to the parties' stipulation, Defendant's projected release date is November 19, 2015. (*Id.*, ¶ 4.) However, pursuant to the Policy Statement set forth in United States Sentencing Guidelines section 1B1.10, "[t]he court shall not order a reduced term of imprisonment based on Amendment 782 unless the effective date of the court's order is November 1, 2015, or later." U.S.S.G. § 1B1.10(e). The Sentencing Commission has stated that a reduction based on Amendment 782, "that does not comply with [this] requirement ... is not consistent with this policy statement and therefore is not authorized under 18 U.S.C. [section] 3582(c)(2)." *Id.*, § 1B1.10, App'n Note 6.

1   The parties have agreed to this condition in the Stipulation.  (Stipulation, ¶ 8.)
2   However, it appears to the Court that if it grants the parties' stipulation, the Defendant would
3   serve a custodial term that is greater than his reduced sentence and, thus, would not receive the
4   benefit of the reduced sentence.  It also is not clear that the Court has the discretion to grant
5   Defendant a reduced sentence, but make the effective date of its Order earlier than November 1,
6   2015.  *See, e.g., Dillon v. United States*, 560 U.S. 817, 819 (2010) (concluding that *United*
7   *States v. Booker*, 543 U.S. 220 (2005) does not require treating U.S.S.G. § 1B1.10(b) as non
8   binding).

   Accordingly, in light of these circumstances, the parties are HEREBY ORDERED TO
SHOW CAUSE why the Court should grant the stipulation.  The parties' responses shall be due
by no later than December 12, 2014.

**IT IS SO ORDERED.**

Dated: November 14, 2014



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE